## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

RUDOLPH MICHAEL SEDGES, and
JENNIFER LUMPKIN,

      Plaintiffs,

 v.

AVALON CONDOMINIUM ASSOCIATION,
INC. D/B/A AVALON RESORT,
LOUIS CARDILLO, and
DOREEN REISS,

      Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To:        Defendant:    Avalon Condominium Association, Inc.
                        d/b/a Avalon Resort
        Registered Agent:  Louis Cardillo
                        735 S.E. 20 Ave
                        Deerfield Beach, Florida 33441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:   (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____

                                      *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

RUDOLPH MICHAEL SEDGES, and
JENNIFER LUMPKIN,

      Plaintiffs,

 v.

AVALON CONDOMINIUM ASSOCIATION,
INC. D/B/A AVALON RESORT,
LOUIS CARDILLO, and
DOREEN REISS,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:      Louis Cardillo
                        13 Concordia Rd
                        Mahopac, New York 10541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
                         *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

RUDOLPH MICHAEL SEDGES, and
JENNIFER LUMPKIN,

      Plaintiffs,

 v.

AVALON CONDOMINIUM ASSOCIATION,
INC. D/B/A AVALON RESORT,
LOUIS CARDILLO, and
DOREEN REISS,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:      Doreen Reiss
                                  450 NW 34th St Apt 121
                                  Pompano Beach, Florida 33064

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Elliot Kozolchyk, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421
      Fort Lauderdale, Florida 33334

      Tel:   (786) 924-9929
      Fax:   (786) 358-6071
      Email: ekoz@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                          *CLERK OF COURT*

Date: _____         _____
                                        *Signature of Clerk or Deputy Clerk*