**Exhibit A**
**Statement of Claim**
**Plaintiff Rudolph Michael Sedges**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Minimum Wage Hourly Rate | Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 9/30/24  - 11/11/24 | 6.14 | 62 | $ 200.00 | $ 13.00 | $ 19.50 | $ 3,722.57 | $ 878.43 | $ 4,601.00 |
| 4/15/24  - 9/29/24 | 24.00 | 62 | $ 200.00 | $ 12.00 | $ 18.00 | $ 13,056.00 | $ 3,168.00 | $ 16,224.00 |
| 2/19/24  - 4/14/24 | 8.00 | 62 | $ 500.00 | $ 12.00 | $ 18.00 | $ 1,952.00 | $ 1,056.00 | $ 3,008.00 |
| | | | | | | $ 18,730.57 | $ 5,102.43 | $ 23,833.00 |

| | |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 18,730.57 |
| Total Unpaid Overtime Wages[1] = | $ 5,102.43 |
| Total Liquidated Damages[1] = | $ 23,833.00 |
| Total[1] = | $ 47,666.00 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.