**Exhibit B**
**Statement of Claim**
**Plaintiff Lumpkin Jennifer**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Minimum Wage Hourly Rate | Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 9/30/24 - 11/11/24 | 6.14 | 80.5 | $ 200.00 | $ 13.00 | $ 19.50 | $ 5,199.93 | $ 1,617.11 | $ 6,817.04 |
| 2/19/24 - 9/29/24 | 32.00 | 80.5 | $ 200.00 | $ 12.00 | $ 18.00 | $ 24,512.00 | $ 7,776.00 | $ 32,288.00 |
| | | | | | | $ 29,711.93 | $ 9,393.11 | $ 39,105.04 |

| | |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 29,711.93 |
| Total Unpaid Overtime Wages[1] = | $ 9,393.11 |
| Total Liquidated Damages[1] = | $ 39,105.04 |
| Total[1] = | $ 78,210.07 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.