**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 24-cv-62204-Smith/Hunt

RUDOLPH MICHAEL SEDGES,
 and JENNIFER LUMPKIN,

      Plaintiffs,

v.

AVALON CONDOMINIUM ASSOCIATION,
INC. D/B/A AVALON RESORT,
LOUIS CARDILLO,
 and DOREEN REISS,

      Defendants.

_____/

## <u>PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S DEFAULT</u>

Plaintiffs RUDOLPH MICHAEL SEDGES and JENNIFER LUMPKIN, through the undersigned counsel and pursuant to Fed. R. Civ. P. 55(a), move for Entry of Clerk's Default against Defendant AVALON CONDOMINIUM ASSOCIATION, INC. D/B/A AVALON RESORT ("Avalon"), and state as follows:

1. On November 21, 2024, Avalon was served. *See* Affidavit of Service [ECF No. 4].

2. Avalon failed to respond to Plaintiffs' Complaint or otherwise defend this action.

3. Avalon is not in the military as defined by the "Servicemembers Civil Relief Act" - 50 App. U.S.C.A. § 501, Et. Seq. and is not "...an infant or incompetent person..." as more fully described in Fed. R. Civ. 55(b)(2).

WHEREFORE, Plaintiffs are entitled to a Clerk's Entry of Default against Defendant AVALON CONDOMINIUM ASSOCIATION, INC. D/B/A AVALON RESORT for failing to timely plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:     (786) 924-9929
Fax:     (786) 358-6071
Email:  ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Florida Bar No. 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 1, 2025 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

*Via U.S. Mail*
Avalon Condominium Association, Inc. d/b/a Avalon Resort
Registered Agent: Louis Cardillo
735 S.E. 20 Ave
Deerfield Beach, Florida 33441