## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 24-CV-62204 RS

Plaintiff:
**RUDOLPH MICHAEL SEDGES, ET AL.,**

vs.

Defendant:
**AVALON CONDOMINIUM ASSOCIATION INC., D/B/A AVALON RESORT, ET AL.,**

POP2024060994

For:
Elliot Kozolchyk, Esq.
KOZ LAW PA
800 East Cypress Creek Road
Suite 421
Ft. Lauderdale, FL 33324

Received by Priority One Process Service, Inc. on the 21st day of November, 2024 at 8:30 am to be served on **DOREEN REISS, 735 SE 20 AVENUE, DEERFIELD BEACH, FL 33441**.

I, FELIX ONATE, being duly sworn, depose and say that on the **14th day of January, 2025** at **4:19 pm, I:**

**INDIVIDUALLY** served by delivering a true copy of the <u>Summons in a Civil Action & Complaint with Exhibits</u> with the date and hour of service endorsed thereon by me, to: **DOREEN REISS** at the address of: **735 SE 20 AVENUE, DEERFIELD BEACH, FL 33441**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/26/2024  6:17 pm  ATTEMPT 450 NW 34 STREET, APT. #1, POMPANO BEACH, FL 33064 No longer at address
per George sam

I certify that I am over the age of 18, have no interest in the above action, am a Sheriff's Appointed Process Server in the Seventeenth Judicial Circuit in good standing in the county in which the process was served. "Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true."

**FELIX ONATE**
S.P.S. 473

Sworn to (or affirmed) and subscribed before me on the 15th day of January, 2025 by means of physical presence, by the affiant who is personally known to me

_____
NOTARY PUBLIC
STATE OF FLORIDA

DENISE AMINI
Notary Public - State of Florida
Commission # HH 449280
My Comm. Expires May 9, 2026
Bonded through National Notary Assn.

**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**(305) 669-1518**

Our Job Serial Number: POP-2024060994
Ref: SEDGES VS AVALON

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  24-cv-62204-RS

RUDOLPH MICHAEL SEDGES, and
JENNIFER LUMPKIN,

      Plaintiffs,

v.

AVALON CONDOMINIUM ASSOCIATION,
INC. D/B/A AVALON RESORT,
LOUIS CARDILLO, and
DOREEN REISS,

      Defendants.

_____/

RCVD: 11/21/24 _ 830am

SERVED: Doreen Reiss

TYPE: P/s

DATE: 1/14/25 @ 419pm

SERVER: Fo # 473

### SUMMONS IN A CIVIL ACTION

To:        Defendant:      Doreen Reiss
                            450 NW 34th St Apt 121
                            Pompano Beach, Florida 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Elliot Kozolchyk, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421
      Fort Lauderdale, Florida 33334

      Tel:  (786) 924-9929
      Fax:  (786) 358-6071
      Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Nov 20, 2024
_____



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
_____
Deputy Clerk
U.S. District Courts

60994