**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 24-cv-62204-Hunt

[*Consent Case*]

RUDOLPH MICHAEL SEDGES,
and JENNIFER LUMPKIN,

      Plaintiffs,

 v.

AVALON CONDOMINIUM ASSOCIATION,
INC. D/B/A AVALON RESORT,
LOUIS CARDILLO, and
DOREEN REISS,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs RUDOLPH MICHAEL SEDGES, and JENNIFER LUMPKIN, and Defendants

AVALON CONDOMINIUM ASSOCIATION, INC. D/B/A AVALON RESORT, and LOUIS

CARDILLO (collectively, the "Parties"), hereby notify the Court that the Parties have reached a

settlement in principle that resolves all claims asserted in this action.

1

Respectfully submitted,

| | |
|---|---|
| Koz Law, P.A. | Jennifer Ford |
| 800 East Cypress Creek Road, Suite 421 | 1 East Broward Blvd., Suite 700 |
| Fort Lauderdale, Florida 33334 | Fort Lauderdale, Florida 33301 |
| Tel:    (786) 924-9929 | Tel:    (800) 961-1909 |
| Fax:    (786) 358-6071 | Fax:    (954) 932-3374 |
| Email: dc@kozlawfirm.com | Email: jennifer@jenniferford.lawyer |

| | |
|---|---|
| */s/ Dillon Cuthbertson* | */s/ Jennifer Ford* |
| Dillon S. Cuthbertson, Esq. | Jennifer Ford, Esq. |
| Florida Bar No. 1056382 | Florida Bar No. 1003864 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

2